IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALEXANDER H. MAXWELL,                    CIVIL ACTION

    Plaintiff,                            No. 06-1358

v.

CUNA MUTUAL GROUP ET AL,

    Defendant.

## STIPULATION DISMISSING ACTION

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated and agreed by the parties, through their undersigned counsel, that this action and all claims of the parties are hereby dismissed with prejudice.

| | |
|---|---|
| RAYMOND J. SEALS<br>Attorney at Law. | ROBB LEONARD MULVIHILL LLP |
| By: /s/ Raymond J. Seals<br>Raymond J. Seals, Esquire<br>Pa. I.D. # 10111<br>U.S. Steel Tower, Suite 660<br>600 Grant Street<br>Pittsburgh, PA 15219<br>ATTORNEY FOR PLAINTIFF | By: /s/ Daniel L. Rivetti<br>Daniel L. Rivetti, Esquire<br>Pa. I.D. # 73015<br>One Mellon Center<br>500 Grant Street, 23 Floor<br>Pittsburgh, PA 15219<br>ATTORNEYS FOR DEFENDANT |

SO ORDERED, this 23rd day of April, 2008.

Gary L. Lancaster, U.S. District Judge

:66100.1